



| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **LANA KOROLEVA**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-4377<br>Fax: (212) 356-8760<br>Email: lkorolev@law.nyc.gov<br>**(not for service)** |

April 2, 2021

**VIA ECF**
Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007



Re: S.B. v. N.Y.C. Dep't of Educ.
20-cv-08095 (ALC) (BCM)

Dear Judge Moses:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for defendant New York City Department of Education in the above-referenced action wherein Plaintiff seeks attorneys' fees incurred in the course of an administrative proceeding brought under the Individuals with Disabilities Education Act and this action. I write to respectfully request that the Court adjourn the settlement conference scheduled for April 12, 2021 and allow the parties to submit a status update letter by May 7, 2021. Plaintiff's counsel consents to this request.

This case was recently assigned to me following the departure of the previously-assigned attorney. However, I am now unexpectedly going on leave, and as a result, this case will need to be assigned to another attorney shortly. Given the parties' history of successfully resolving cases of this nature without Court intervention, I am optimistic that the matter can be resolved through settlement once settlement authority is obtained from the Comptroller's Office. Our Office will seek settlement authority expeditiously and promptly make an offer to Plaintiff once authority is obtained.

To allow for time for another attorney to be assigned to this matter and obtain settlement authority, I respectfully request that the Court adjourn the settlement conference, and allow the parties to submit a status update by May 7, 2021. This is the first request for an adjournment of the settlement conference by either party. Plaintiff's counsel consents to this request. I apologize for any inconvenience to the Court in the timing of this request.

2

Thank you for Your Honor's consideration.

Respectfully submitted,

s/ *Lana Koroleva*

Lana Koroleva
Assistant Corporation Counsel

cc: Adam Dayan, Esq.
*Attorney for Plaintiff*
(Via ECF)

> Application GRANTED. The April 12, 2021 settlement conference is hereby ADJOURNED *SINE DIE*. The parties shall file a joint status letter no later than **May 7, 2021**, updating the Court on their settlement negotiations. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> April 2, 2021

2